JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HIGHTOWER, | Case No. 5:23-cv-01506-JWH-DTB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KAISER FOUNDATION HOSPITAL doing business as Kaiser Permanente, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Order Dismissing Case filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.  This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2.  Fictitiously named Defendants Does 1-10 are **DISMISSED**.

3.  This action is **DISMISSED with prejudice**.

4.  To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 8, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-